1  BENJAMIN B. WAGNER
   United States Attorney
2  KATHERINE A. PLANTE
   Special Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,                CASE NO. 1:16-PO-00065-SAB

12                  Plaintiff,              MOTION AND ORDER TO CONTINUE INITIAL
                                            APPEARANCE TO MAY 19, 2016 AT 9:00 A.M.
13         v.

14 CONI WRIGHT,

15                  Defendant.

16

17                                    **STIPULATION**

18        Plaintiff United States of America, by and through its counsel of record, Benjamin B. Wagner,

19 United States Attorney and Katherine A. Plante, Special Assistant U.S. Attorney, hereby moves to

20 continue the initial appearance in this matter currently scheduled for April 21, 2016 to May 19, 2016, to

21 allow the U.S. Attorney's Office time to investigate the facts surrounding the issuance of the underlying

22 violation notice, given the great distance the defendant would otherwise have to travel to appear on the

23 currently scheduled date.

24 Dated: April 20, 2016                          BENJAMIN B. WAGNER
                                                  United States Attorney
25

26                                                 /s/ *KATHERINE A. PLANTE*
                                                   KATHERINE A. PLANTE
27                                                 Assistant United States Attorney

28

                                              1

**ORDER**

For good cause appearing, this Court continues the initial appearance scheduled for April 21, 2016 to May 19, 2016 at 9:00 a.m. The Defendant is ordered to appear at that continued hearing.

IT IS SO ORDERED.

Dated:   **April 20, 2016**

UNITED STATES MAGISTRATE JUDGE